AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:20-MJ-37LDA |
| AKINOLA AKINLAPA | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of Rhode Island, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2251(a) | sexual exploitation of a child |
| 18 USC § 2252(a)(4)(B) | poss. of visual depiction of a minor engaging in sexually explicit conduct |
| 18 USC § 2252A(a)(1) &(5) | receipt and possession of child pornography |
| 18 USC 2422(b) | coercion or enticement of a minor |

This criminal complaint is based on these facts:

Please see attached Affidavit of Craig Graham, Special Agent, Federal Burea of Investigation

☐ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___Telephone___.
*(specify reliable electronic means)*

June 3, 2020
*Date*

*Complainant's signature*

Craig Graham, FBI Special Agent
*Printed name and title*

Date: June 3, 2020

*Judge's signature*

City and state: Providence, Rhode Island

Lincoln D. Almond, Magistrate Judge
*Printed name and title*