## AFFIDAVIT OF FBI SPECIAL AGENT CRAIG GRAHAM

I, Craig A. Graham, having been duly sworn, state as follows:

## INTRODUCTION

1.      I am a special agent with the Federal Bureau of Investigation ("FBI") and am assigned to the Providence Resident Agency.  I have been an FBI special agent since 2010.  As part of my duties, I am authorized to investigate violations of federal criminal law that victimize children, including violations of 18 U.S.C. §§ 2251 (sexual exploitation of children), 2252 (activities relating to the sexual exploitation of children), 2252A (activities relating to child pornography), and 2422 (coercion and enticement),.  I have been trained in the investigation of internet crimes, child exploitation, transportation of minors, and child sexual abuse.  In the course of my duties, I have examined photographs and videos to assess whether they are child pornography as defined under 18 U.S.C. § 2256.

2.      This affidavit is submitted in criminal complaint charging Akinola Akinlapa (born in October 2001) with the sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a); possession of a visual depiction of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B); receipt and possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (5); and coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b).

3.      The information set forth in this affidavit is based on my investigation, my training and experience, and the investigation of law enforcement officers in West Valley City, Utah.  This affidavit is intended to show that there is sufficient cause for the requested warrant and does not set forth all of my knowledge about this matter or investigation.

1

4.      As described below, there is probable cause to believe that Akinola
Akinlapa ("Akinlapa") through electronic transmissions via the internet and/or cellular
telephone coerced a 10-year-old child, AP, to disrobe before a computer-connected
video camera, (ii) received video transmissions from that video camera and watched AP
disrobe, and (iii) engaged in those communications and received those video
transmissions while located in Providence, Rhode Island.

## PROBABLE CAUSE

*Police Interview of AP*

6.      On the evening of February 27, 2020, the West Valley City Police
Department, West Valley City, Utah, was contacted by the mother of a juvenile victim,
hereinafter referred to as AP, a 10-year-old female born in 2009.  West Valley Detective
Bryant LoRe responded to AP's home where he spoke with AP and her mother.  On
March 5, 2020, Detective LoRe conducted an interview – specifically a forensic interview
– of AP.

7.      During the initial contact and interview, AP described having had
interaction with a user of Discord, text-messaging and file-sharing communications
platform.  AP said that while she was using Discord, she received a text message from
an account with the user name "Melissa#7384."  For convenience, I refer to the user or
users of that account as "Melissa."

8.      AP said that Melissa asked whether AP played Roblox, an online game.
AP replied that she did.  Melissa sent AP a link to download in-game currency for
Roblox.  When AP clicked on the link, she was taken to a blank page.  Melissa sent AP a
second link, and that link also took AP to a blank page.

9.      AP said that a video call was then initiated and that during the video call
AP and Melissa continued to communicate by text message.  AP specified that the video

2

feed from Melissa showed only a blank wall and that Melissa's voice was not heard on the video feed. In text communications, Melissa told AP that the links she had just clicked on transmitted a virus to AP's computer and that AP's personal information had been taken from her computer.

10.    AP said that Melissa then told AP to undress in front of the camera and threatened to post AP's personal information on the internet if she did not comply. She took off all of her clothes and stood in front of the camera. Melissa directed AP to insert a hairbrush handle into her vagina and anus. AP pretended to comply, by hiding the hairbrush under a blanket. Shortly thereafter, AP ended the video call, and told her mom to call the police.

*Further Investigation*

11.    AP gave Detective LoRe her account user name handle and Melissa's account user name handle.

12.    On March 9, 2020, Detective LoRe obtained and served on Discord a state search warrant for Discord records associated with AP and Melissa's Discord accounts. Discord provided responsive materials on March 23, 2020, including two PDF files containing IP addresses for the users of AP's account and Melissa's account and files containing chat logs, attachments, and server information for each account. Detective LoRe forwarded Discord's production to me.

13.    Of the two accounts, for which information was provided by Discord Inc., one was AP's account and the other was account user ID 530511651854876701, user name "DMFor MyAdd#6528" (the "Suspect Account."). The Suspect Account listed kingfrombb@gmail.com as the user's email address and indicated that IP address 68.9.209.7 had been used on February 27,2020, at approximately 23:20 UTC. Using an

3

open source website, I found that IP address 68.9.209.7 returned to Providence, RI, and was registered to Cox Communications Inc.

14.     Reviewing the Discord records for the Suspect Account, I noticed activity on others days.  The records indicated that since September 26, 2019 the user or users of the Suspect Account have been accessing it on an almost daily basis.  Since January 4, 2020, the vast majority of those instances of access involve the aforementioned IP address.  The account records indicate that occasionally the user or users connect to Discord's service using another IP addresses, including an address that indicates internet access via a Sprint IP address.  This IP activity is consistent with the user or users accessing Discord's services primarily from one location and occasionally from others, including access from a cellular telephone or smart phone.

14.     In the files returned from AP's account, I found an excel spreadsheet which contained messages sent between AP's account and the Suspect Account.  The contents of those messages closely matched the description given by AP to Detective LoRe of AP's online encounter with Melissa.  The messages began on February 27, 2020, at approximately 23:20 UTC.

15.     In the files returned for the Suspect Account, I found an excel spreadsheet that contained the messages exchanged with AP's account.  Additional spreadsheets also contained similar text communications with other Discord accounts and users.  A review of some of those text communications indicated that the Suspect Account had contacted other account users in a manner similar to the way used to contact AP:  the offer of Roblox in-game currency.

16.     The files returned for the Suspect's Account also included an attachments folder with 51 separate files of images and videos.  All of the attachment files were reviewed, however none of the images appeared to be of AP.  In reviewing these files, I

found multiple pictures of pre-pubescent females, both clothed and unclothed.  There were also images of two Roblox pre-paid gift cards.

17.     In one photograph a pre-pubescent[1] female is laying naked on a bed with her legs spread to expose her vagina.  The file containing that image was labeled with a unique number code.  I then searched for an excel spreadsheet which had the same unique number code.  A review of the messages contained in that spreadsheet indicated that the Suspect Account had victimized the account owner the same way Melissa had victimized AP, by having her insert a hairbrush into her vagina through the use of threats.

18.     After finding the IP address associated with the Suspect Account, 68.9.209.7, Detective LoRe, contacted FBI Agents in Utah to obtain a subpoena for the Internet subscriber information.  A subpoena was served on Cox Communications and the response was forwarded to Detective LoRe.  The response provided the following subscriber information for the time period January 4, 2020 to April 24, 2020:

Name:        Damilola H Akinlapa

Address:        84 Hamlin St Providence, RI 02907-3649

19.     A check of publicly available databases revealed that Damilola Akinlapa (born 1957) and others resided at 84 Hamlin Street in Providence (the "Subject Premises").  Also, a search of DMV records indicated that a Damilola Akinlapa resided at 84 Hamlin Street in Providence, Rhode Island.

20.     On June 2, 2020, a federal search warrant was obtained.  The warrant authorized federal investigators to search the 84 Hamlin Street for electronic devices

---

[1]  The female in the image did not have public hair and breast development indicated that she had likely not yet experienced puberty.

such as computers and smart phones and to search the contents of any computer or smart phone found at the address. The warrant was executed this morning.

21.     Law enforcement agents arrived at the address in the early morning and were let in by Damilola Akinlapa, who in later conversation identified himself as Akinlapa's father. In the living room, agents found Akinlapa on a bed. He was directed to a sofa in the living room, and as he left his bed agents saw an iPhone 7 Plus on the mattress. I recovered that smart phone and took it to an FBI forensic examiner who was on scene.

22.     After briefly analyzing the contents of the smart phone, the examiner advised that the phone contained a Discord application. I then cursorily examined the smart phone and noticed that it contained images of at least two of the pre-pubescent females that I had seen picture of on the Suspect's Account. I note that the images on the smart phone that I noticed were images of the faces of those two females.

23.     I subsequently spoke to Akinlapa. After advising him that he was not under arrest and was free to leave, I explained that I was there to execute a search warrant as part of an investigation of certain online threats. In the course of subsequently conversation, Akinlapa admitted that he had multiple Discord accounts and that he had been communicating with multiple girls who were between the ages of eleven and sixteen. He said that he had found these girls through a Roblox chat group that he had accessed using Discord. He explained that he offered the girls Roblox gift cards. He explained that during the course of text communications with these girls he had them click on a link that provided him their I.P. addresses. He advised that he established video communications with girls using his smart phone and had them undress if they "wanted to." In response to a question about whether he asked the girls

to use hair brushes during the video communications, Akinlapa acknowledge that he did if they "wanted to."

24.    On my cursory review of the smart phone, I found several video recordings or video files of pre-pubescent girls disrobing and appearing disrobed.

### CONCLUSION

25.    Based on the above, I believe that there is probable cause to believe that Akinlapa committed the offenses set forth in paragraph 2, with respect to both AP, JJ, and others.

_____
Craig A. Graham
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed.
R. Crim. P. 4.1 by _____.
*(specify reliable electronic means)*

_____              _____
*Date*                                    *Judge's signature*

_____              _____
*City and State*                          *Printed name and title*

Sworn and subscribed
before me this ___ day
of June 2020.

_____
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE